```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PAOLA SOPHIA FREITES,                                              :
                                                                   :
                                  Plaintiff,                       :
                                                                   :      23-cv-7738 (LJL)
        -v-                                                        :
                                                                   :      ORDER
BAJAJ FOOD CORP. d/b/a EVERDAY SAVINGS and                         :
PADAM BAJAJ,                                                       :
                                                                   :
                                  Defendants.                      :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024

LEWIS J. LIMAN, United States District Judge:

      The post-discovery status conference previously scheduled for June 14, 2024 at 2:00 P.M. is hereby cancelled.  Instead, the Court shall hold a telephonic post-discovery status conference on August 6, 2024 at 12:00 P.M.  The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

      SO ORDERED.

Dated: June 7, 2024
       New York, New York

                                                                  LEWIS J. LIMAN
                                                  United States District Judge