

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: SDNY ECF**                                                **July 16, 2024**

Honorable Judge Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *Freites v. Bajaj Food Corp., et al.*; **23-cv-07738 (LJL)**

The telephonic post-discovery status conference scheduled for August 6, 2024 at 12:00 P.M. is hereby converted into a *Cheeks* hearing. The parties shall submit the proposed settlement agreement at least three days prior to the hearing. All other deadlines and conferences are hereby adjourned sine die.

DATE: July 16, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Hon. Judge Liman,

I represent Plaintiff in this FLSA action. I write jointly with defense counsel to report that the Parties have successfully resolved this case during mediation yesterday. As such, we respectfully request that Your Honor stay the remainder of discovery and adjourn *sine die* the trial currently scheduled for September 23-27, 2024 and all related deadlines and conferences. The Parties expect to submit a formal written settlement agreement and a motion for judicial approval within the next thirty (30) days.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Keith E. Williams, Esq.

cc: all counsel of record, via ECF.