

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS     PARALEGALS

JUSTIN M. REILLY, ESQ.     ROSA COSCIA
KEITH E. WILLIAMS, ESQ.     CATALINA ROMAN

**Via: SDNY ECF**     **August 9, 2024**

Honorable Judge Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The requested extension is GRANTED. The fairness hearing scheduled for August 22, 2024 at 3:00 pm is hereby ADJOURNED to September 6, 2024 at 11:00 am.*

SO ORDERED.

August 12, 2024

[signature]
LEWIS J. LIMAN
United States District Judge

**Re:**    *Freites v. Bajaj Food Corp., et al.*; **23-cv-07738 (LJL)**

Dear Hon. Judge Liman,

I represent Plaintiff in this FLSA action. I write with defense counsel's consent to request a second extension of time to submit the Parties' settlement agreement and Plaintiff's motion for approval, up to and including August 28, 2024. The reason for this request is because the Parties are still finalizing the agreement, which has been delayed as a result of defense counsel having eye surgery. This is the second request for an extension. Your Honor granted the Parties' first request and no other deadlines will be effected.

We thank the Court for its consideration of this request.

Respectfully submitted,

[signature]

Keith E. Williams, Esq.

cc: all counsel of record, via ECF.